UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
: 
NETRATINGS, INC., :
:
          Plaintiff, :
:
vs. :   No. 06 Civ. 878 (LTS) (AJP)
:
WEBSIDESTORY, INC., :
:
          Defendant. :
:
------------------------------------x

### DECLARATION OF ARIANNA FRANKL

ARIANNA FRANKL hereby declares:

1.    I am a member of Dreier LLP, attorneys for Plaintiff NetRatings, Inc. ("NetRatings"). I submit this Declaration in support of NetRatings' Opening Claim Construction Brief and place the following true and correct copies of documents before the Court:

| **Description** | **Exhibit** | **Page Nos.** |
|---|---|---|
| Form 10-K, period through 12/31/04, filed March 29, 2005 | 1 | A001-A007 |
| Form 10-Q, period March 31, 2006, filed May 10, 2006 | 2 | A008-A012 |
| Excerpts, *IBM Dictionary of Computing* (George McDaniel ed., 10th Ed. 1993) [**computer program, event, install, log, permanent memory, personal computer, resource**] | 3 | A013-A023 |
| *Webopedia Computer Dictionary* at http://webopedia.com/TERM/c/computer.html | 4 | A024-A028 |
| Excerpts, *The Merriam-Webster Dictionary* (1997) [**install, log, monitor, predetermine, representative, resource, title**] | 5 | A029-A038 |
| Excerpts, *Webster's II New College Dictionary* (1995) [**install, log, monitor, predetermine, resource, title**] | 6 | A039-A047 |

| Description | Exhibit | Page Nos. |
|---|---|---|
| Excerpts, *McGraw-Hill Dictionary of Scientific and Technical Terms* (Sybil P. Parker ed., 5th Ed. 1994) **[character string, installation, log, non-volatile memory, program, volatile memory]** | 7 | A048-A056 |
| Excerpts, *Microsoft Press Computer Dictionary* (3rd Ed. 1997) **[computer program, event, executable program, permanent storage, resource,]** | 8 | A057-A066 |
| Excerpts, *The New IEEE Standard Dictionary of Electrical and Electronics Terms* (Christopher J. Booth ed., 5th Ed. 1993) **[computer program, dictionary, instruction]** | 9 | A067-A073 |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2006

Arianna Frankl