USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2007

**STIPULATION OF DISMISSAL
WITH PREJUDICE - NEW YORK ACTION**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

NETRATINGS, INC.,

        Plaintiff,

        vs.

WEBSIDESTORY, INC.,

        Defendant.

------------------------------------X

Civil Action No. 06-cv-878 (LTS) (AJP)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

Plaintiff NetRatings, Inc. ("NetRatings"), by its counsel Dreier LLP, and Defendant WebSideStory, Inc. ("WebSideStory"), by its counsel Latham & Watkins LLP, hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of NetRatings and WebSideStory as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys fees.

{00281694.DOC;6}
NSD\65236.4

08/23/2007 14:08 FAX 2124764787    TB&F LLP    ☒004/004
Case 1:06-cv-00878-LTS   Document 94   Filed 08/27/07   Page 2 of 2

AGREED TO AND ACCEPTED:

Date: August 22, 2007

Counsel for NetRatings, Inc.
DREIER LLP

By: /s/ Seth H. Ostrow
Seth H. Ostrow
Arianna Frankl
Karine Louis

499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

Date: August 21, 2007

Counsel for WebSideStory, Inc.
LATHAM & WATKINS LLP

By: /s/ James S. Blank
James S. Blank

885 Third Avenue
Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

SO ORDERED:

Date 8/24/2007

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

{00231694.DOC;6}
NSD\85296.6